AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>32 Gigabyte (GB) SANDISK Ultra Secure Digital (SD)<br>Card, bearing serial number: (SN):BM2107053196Z | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. MJ 26- 71 -M-KLD |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A - incorporated herein by reference.

located in the _____ District of _____ Montana _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B - incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 36 CFR 261.9(a) | Damaging any natural feature or other property of the United States |

The application is based on these facts:

See attached affidavit in support of Application for a Search Warrant, which is incorporated hererin by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/S/ Luke Harrison*
_____
Applicant's  signature

Luke Harrison, Officer, U.S. Forest Service
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means).*

Date: **May 5, 2026**

City and state:  Missoula, Montana

_____
Judge's signature

Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
_____
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

IN THE MATTER OF THE SEARCH OF
SANDISK Ultra Secure Digital (SD) Card.
32 GB. SN:BM2107053196Z

Case No. MJ 26-71-M-KLD

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, United States Forest Service (USFS) Law Enforcement Officer (LEO) Luke Harrison, being first duly sworn, hereby depose and state as follows:

1.      I make this affidavit in support of an application for a warrant to search the contents of a Secure Digital (SD) memory card seized from a game camera located on Forest Service Land. The information to be searched is described in the following paragraphs and in Attachment A.

### INTRODUCTION AND OFFICER BACKGROUND

2.      The United States Forest Service (USFS) is charged with the enforcement and investigation of violations of laws pertaining to the administration and management of National Forest System lands.  Specifically, 16 U.S.C. § 551, directs the Secretary of Agriculture to "make provisions for the protection against destruction by fire and depredations upon the public forests and national forests . . . and he may make such rules and regulations and establish such service as will ensure the objects of such reservations, namely, to regulate their occupancy and use and to preserve the forests thereon from destruction." Pursuant to the statutory mandate to protect the National Forest, 16 U.S.C. Section 559 et seq., authorizes me to conduct

investigations and take enforcement actions in furtherance of the protection of the National Forest.

3.      I am a Law Enforcement Officer with the United States Forest Service (USFS) and have been since May of 2025. I am currently assigned to the Bitterroot National Forest where I am based out of Darby, Montana. I graduated from the Land Management Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia (2025, 776 hours), and completed the USFS Drug Enforcement Training Program (2026, 80 hours.)

4.      My primary responsibility in my current assignment relates to the investigation of violations of statutes, laws, and regulations affecting National Forest System lands, including the laws protecting government property under the administration of the Forest Service.

5.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States (including a magistrate judge of such a court) . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A).

7.      This court has jurisdiction to issue the requested warrant pursuant to the seized storage device originating from within the Bitterroot National Forest. The subsequent search of this storage device yields potential images of a crime occurring within the Bitterroot National Forest, with the government as the victim.

## PROBABLE CAUSE

8.      The below facts establish probable cause that the crime of damaging any natural feature or other property of the United States, a violation of 36 CFR 261.9(a) occurred on or about March 18, 2026. The facts outlined below were developed by an investigation of the United States Forest Service and are known to me through either my personal knowledge of the investigation and/or through reports of other Law Enforcement Officers and Forest Protection officers.

9.      Between December 2023 and April 2026 there have been 12 law enforcement reports of damage to government property in the form of Forest Service signs and buildings being defaced with messaging including a reference to Matthew Anderson, the Bitterroot National Forest Supervisor, combined with a derogatory phrase. The government property appears to be damaged in protest of, or retaliation for, Matthew Anderson's official leadership decisions regarding the management of the Bitterroot National Forest. The damage has been in different paint colors and a variety of specific messages including "Matt Anderson Bitteroot Butcher", "Matt Anderson B-root Butcher", "Matt Anderson Liar Fraud Cow...", and "Matt Anderson Rapes BNF Lands." In one instance, the words were scratched into a sign with a sharp object. In another instance homemade signs were attached to an existing Forest Service sign. The most common form of damage to government property has been a message in white spray paint applied with what appears to be a stencil stating, "MATT ANDERSON BiTTERROOT BUTCHER." The "i" in the word Bitterroot is the only lowercase letter in the stencil. The damage has occurred in at least 10 different locations, all located on the Bitterroot National Forest, within 15 miles of Hamilton, MT. Some locations have been damaged multiple times. The damaged property includes trailhead/road information signs, an outhouse, and a "Welcome

to the Bitterroot National Forest" sign. In conducting my investigation, it has become clear there have been several other instances of damage to government property with this kind of messaging painted on Bitterroot National Forest signs that were not documented by law enforcement personnel.

10. On Wednesday, March 18, 2026, I received a report via text message from Forest Protection Officer (FPO) Shannon Harris of damage to government property. A sign owned by the Bitterroot National Forest located on Forest Service Road 273 near the intersection of Sleeping Child Road, within the exterior boundaries of the Bitterroot National Forest, had been damaged with white spray paint. This location is approximately a 15-mile drive Southeast from Hamilton, Montana, in a rural location. Sleeping Child Road is a paved road that accesses Forest Service Land and dead ends at a private residence surrounded by Forest Service Land approximately 1 mile from the damaged sign. Forest Service Road 273 is a dirt road that provides forest access. The damaged sign is an information board that seasonally has trail information posted on it. The sign is approximately 6 feet tall by 4 feet wide, framed with steel and with a plywood face to staple information. At the time of the defacement, two small information posters were stapled to it. The sign is approximately 4 feet from Forest Service Road 273 and 30 feet from Sleeping Child Road.

11. FPO Harris included in his text to me that he observed a camera facing the sign that he thought belonged to Law Enforcement. I was unable to determine the owner of the camera after checking with other Forest Service LEO's and local partner agencies.

12. On Friday, March 20, 2026, I responded to the intersection of Forest Service Road 273 and Sleeping Child Road and observed the face of the information sign was damaged by the application of white paint stating, "MATT ANDERSON BiTTERROOT BUTCHER".

There was a Reconyx Hyperfire 2 game camera, with a ghillie type camouflage cover, attached to a tree approximately 15 feet away from the sign. The camera was secured by a screw mount into the tree. The camera appeared to be pointed at the sign and towards the intersection of Forest Service Road 273 and Sleeping Child Road. The field of view seemed to capture the sign and traffic entering or exiting Forest Service Road 273. It appeared the camera would not effectively capture traffic on Sleeping Child Road which was approximately 50 feet away. I did not observe any indicia of ownership on the camera, mount, or in the area surrounding the camera. I powered the camera off with the switch and seized the SD card to preserve any photographic evidence of damage to government property. I placed a warning sticker on the camera with my contact information and marked it for 72-hour impoundment as abandoned property. I placed the SD card in an evidence bag, sealed it, and placed it in my vehicle. I then transferred the SD card to a lock box in my office at the Darby Ranger District for temporary evidence storage in accordance with policy.

13.     On April 6th, 2026, I received a report by text from Darby District Ranger Steve Brown that the trailhead sign at the Roaring Lion Trailhead had been damaged by the words "Matt Anderson Rapes BNF Lands" scratched in the trail information board. Roaring Lion Trailhead is located approximately 8 miles southwest of Hamilton, Montana. The trailhead is located at the end of a dirt forest service road. When I arrived on scene to investigate, I observed that the words had first been written in black marker and scratched into the surface of the wooden sign. The damaged sign is an information board has trail information posted on it and a trail register box. The sign is approximately 6 feet tall by 6 feet wide, framed with steel and with a wooden tongue and groove face to staple information too.

14.     USFS LEO Zachary Wallace provided a photograph of the information sign located at Sleeping Child Road and Forest Service Road 273 taken on November 21, 2024. Upon reviewing the image, I observed that the information sign had been cut to remove damage in the form of black graffiti. A message "Matt Anderson B-Root Butcher" had been written above where the previous message had been cut out. Based on this photograph, I believe that the March 18, 2026, incident is at least the third time the information sign at Sleeping Child Road and Forest Service Road 273 has been damaged.

## CONCLUSION

15.     Based on the foregoing, I submit there is probable cause to search the specified SD card described in Attachment A for photos containing evidence of the crime of Damage to Government Property described in Attachment B.

Respectfully submitted,

/s/ Luke Harrison

Luke Harrison
Law Enforcement Officer
United States Forest Service

SUBSCRIBED and SWORN to me by telephone pursuant to Federal Rules of Criminal Procedure Rule 4.1 this _5th_ day of May, 2026.

Hon. Kathleen L. DeSoto
United States Magistrate Judge

## ATTACHMENT A

**PROPERTY TO BE SEARCHED**

32 Gigabyte (GB) SANDISK Ultra Secure Digital (SD) Card, bearing serial number: (SN):BM2107053196Z.

## ATTACHMENT B

**ITEMS TO BE SEIZED:**

Images and/or videos that contain evidence of the crime 36 CFR 261.9(a), specifically defacing or damaging the forest service information board located at the intersection of Forest Service Road 273 and Sleeping Child Road.

Images or videos with evidence as to indicia of ownership.

All items stored on the digital device described in Attachment A that relate to violations of 36 CFR 261.9(a) to include:

1. **Photographs and Images:** All digital images and video files, in whatever format, including but not limited to JPEG, JPG, PNG, RAW, MP4, and AVI, that are evidence of damaging government property.

2. **Metadata:** Data that indicates the creation, modification, and deletion of images, including EXIF data (camera settings, GPS location, timestamp), file directories, and file structures.

3. **Deleted Evidence:** All files, including images, video, and related metadata, that have been deleted, hidden, or encrypted, and which can be recovered using specialized forensic software.

4. **Evidence of Ownership/Control:** Photos, or other data that show who owned or used the digital device, such as user profiles or photos of the owner or their associated vehicle(s)/transportation.

5. **Evidence of products/items used:** Photos or other data that show tools, products, or other items owned or used to damage government property to include possible make/model/brand and/or serial number information.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the USFS may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.